**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEX A. KRANKOSKI**, | : | **CIVIL ACTION NO. 4:11-CV-933** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **AFNI, INC.**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of July, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Martin C. Carlson (Doc. 13), indicating that the parties have reached a settlement and recommending that a 60-Day Order, dismissing this action without prejudice, be entered, it is hereby ORDERED that:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 13) are ADOPTED.

2. This action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

3. The Clerk of Court is directed to CLOSE this case.

                                                     S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge